*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**JOT RAYMOND,**                                   CASE NO. **3:14-bk-32887-SHB**
**BRENDA G. RAYMOND,**                    Chapter 7

    Debtors.

### REPORT OF SALE BY MICHAEL H. FITZPATRICK, TRUSTEE

COMES NOW Michael H. Fitzpatrick, Trustee, and makes this report of the sale of the real property of the estate located at 341 Emory Heights Road and Bluff Road, Harriman, TN 37748. Pursuant to the terms of the Order for Sale, the gross sales price was $33,000.00. $1,980.00 was deducted for the 6% Real Estate Commission but the amount is in error and should be 10% or $3,300.00. A motion to amend and allow the full commission will be filed. A copy of the Settlement Statement is attached hereto and incorporated herein as Exhibit A. The debtors claimed no exemption in this asset. The net amount to the estate is $25,453.58.

Respectfully submitted,

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
BPR No. 006033
**QUIST, CONE & FISHER, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
MHF@QCFLaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Report of Sale by Michael H. Fitzpatrick, Trustee has been served upon the indicated parties by placing a copy thereof, in the U.S. Mail first class postage prepaid, via email or ECF this August 3, 2015:

All parties on the attached address grid          */s/ Michael H. Fitzpatrick*
                                                                            Attorney